## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Maite M. Rentas, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI). I am assigned to the Immigration Crimes Group in San Juan, Puerto Rico. As a Special Agent with HSI, I am authorized by law to investigate crimes involving violations of Title 18, Title 8, and Title 19 of the United States Code and to execute warrants issued under the authority of the United States. I have been employed as an HSI Special Agent since February 2025. Prior to my appointment as a HSI Special Agent, I was assigned in 2023, as a Special Agent with the United States Secret Service, San Juan Resident Office.

2.  I successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I received training in conducting criminal investigations, methods of investigation, and criminal investigations involving computers and different access devices.

3.  I completed the HSI Special Agent Training Program in FLETC Charleston, South Carolina. For approximately twelve (12) weeks I was extensively trained in academic and practical applications in financial crimes, drug trafficking, weapons, human trafficking, child exploitation, document and identity fraud, immigration and other offenses.

4.  I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. As a Special Agent, I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and

considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

5. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

6. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. 1326 (a) & (b)(1) - *Reentry of removed alien after a felony conviction* has been committed by Usbardo TRINIDAD-HUNGRIA (TRINIDAD-HUNGRIA).

## PROBABLE CAUSE

7. On January 5, 2026, TRINIDAD-HUNGRIA was remanded to the custody of the U.S Immigration and Customs Enforcement (ICE) Criminal Alien Program (CAP) by the Puerto Rico Department of Corrections. TRINIDAD-HUNGRIA finished serving a sentence after serving a sentence at the Bayamon Regional Jail for violations of the Puerto Rico Firearms Law.

8. ICE determined that TRINIDAD-HUNGRIA is a national and citizen of the Dominican Republic who has illegally reentered the United States after he was removed on June 1, 2021.

9. On January 7, 2026, ICE contacted HSI San Juan, Immigration Crimes Group, referring the case for further prosecution.

10. On January 8, 2026, HSI Agents interviewed TRINIDAD-HUNGRIA at the GSA San Juan Staging Facility. TRINIDAD-HUNGRIA was advised of his Miranda Rights, which he decided to wave by signing a Miranda Waiver Form. During the interview, TRINIDAD-HUNGRIA stated that he was previously removed from the United States in 2021 and that he reentered the United States via yawl approximately one (1) month after he was deported.

11. Further immigration checks revealed the following:

   a. On or about May 10, 2021, TRINIDAD-HUNGRIA was encountered by U.S. Border Patrol agents near Aguadilla, Puerto Rico. TRINIDAD-HUNGRIA was aboard a yawl that entered illegally into the US. TRINIDAD-HUNGRIA was processed as an Expedite Removal.

   b. TRINIDAD-HUNGRIA was removed from the United Stated States to the Dominican Republic on or about June 1, 2021.

12. TRINIDAD-HUNGRIA's criminal records check revealed the following:

   a. On September 14, 2023, TRINIDAD-HUNGRIA was convicted for violations of the Puerto Rico Firearms Law 168 (Art. 6.05 – *Carrying Firearms Without a Firearms License* and Art. 6.22 – *Possession of Ammunition*).

13. TRINIDAD-HUNGRIA is a national and citizen of the Dominican Republic who does not possess any immigration documents, allowing him to enter and/or remain in the United States legally, to include but not limited to, the lack of expressed consent from the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

14. Furthermore, TRINIDAD-HUNGRIA was not inspected, admitted, or paroled into the United States by an Officer of the Bureau of Customs and Border Protection.

15. TRINIDAD-HUNGRIA does not have any petitions pending with the Bureau of Citizenship & Immigration Services.

## CONCLUSION

16. Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that TRINIDAD-HUNGRIA reentered the United States after being removed in violation of 8 U.S.C. 1326 (a) & (b)(1) - *Reentry of removed alien after a felony conviction.*

Respectfully submitted,

MAITE M RENTAS RAMOS
Digitally signed by MAITE M RENTAS RAMOS
Date: 2026.01.09 09:53:30 -04'00'

Maite M. Rentas Ramos
Special Agent
Homeland Security Investigations

Sworn by telephone pursuant to the requirements of Federal Rules Procedures 4.1 on this 9th day of January, 2026, at 12:00 pM

Hon. Giselle López-Soler
United States Magistrate Judge
District of Puerto Rico

4